United States District Court
Southern District of Texas
**ENTERED**
July 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MARVIN JOSE BUESO, Petitioner, | § | CIVIL ACTION NUMBER 4:26-cv-04675 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| MARTIN FRINK, Respondent. | § | |

## ORDER OF DISMISSAL

Pending are a *pro se* petition for writ of *habeas corpus* by Petitioner Marvin Jose Bueso and a response by the Government. Dkts 1 & 12.

Petitioner filed on June 11, 2026. Mail previously sent to him in this action was returned as undeliverable on June 29, 2026, with the following notation: "RTS Detainee Released from Facility." Dkt 9 at 2. Because it wasn't clear from that notation whether Petitioner had been released, relocated, or removed, the Government was ordered to respond to address the propriety of any continued detention and provide information on Petitioner's current location. Dkt 11.

The Government filed an advisory on July 6, 2026, stating that Petitioner was removed to Honduras on June 20, 2026. Dkt 12.

Petitioner's removal renders this action moot.

This action is DISMISSED WITHOUT PREJUDICE as moot. Dkt 1.

The Clerk of Court is DIRECTED to close the case.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on July 10, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge